PROB 12C
(06/15)

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Manuel Cano Jr | Case Number: 4:05CR00478-001 |

Name of Sentencing Judge: The Honorable Sim Lake

Date of Original Sentence: February 9, 2007

Original Offense: Conspiracy to commit hostage taking, in violation of 18 U.S.C. § 1203(a)

Original Sentence: 192 months custody, five years of supervised release, and a $100 special assessment. Special conditions: Drug treatment and vocational training.

| | |
|---|---|
| Type of Supervision: Supervised Release | Supervision Started: March 20, 2020 |
| Assistant U.S. Attorney: Douglas Davis | Defense Attorney: Jerry D. Patchen |

### EARLIER COURT ACTION

10/11/22: A Report on Offender Under Supervision – No Court Action Required was submitted due to the offender testing positive for marijuana and cocaine. The court agreed to allow this officer to work with the offender and have the offender attend drug treatment.

### PETITIONING THE COURT

**To issue a warrant and set a Revocation Hearing to show cause why Supervised Release should not be revoked.**

The probation officer believes that the offender has violated the following conditions of supervision:

RE: Manuel Cano Jr  
Dkt. No. 4:05CR00478-001

2

**Violation Number**    **Nature of Noncompliance**

    **1**      **New Law Violation: (Assault of Family Member – Impeding Breathing)**

On or about November 2, 2022, in Houston, Texas, Manuel Cano, Jr., did then and there commit the offense of Assault of Family Member – Impeding Breathing, in violation of Texas Penal Code 22.01.

On November 2, 2022, a deputy with the Harris County Sheriff's Department was dispatched to a residence in reference to a family disturbance. When the deputy arrived at the residence, he made contact with Adriana Julieth Szczech (victim) who stated she was assaulted by her now estranged boyfriend Manuel Cano, Jr. (offender). Ms. Szczech stated the offender grabbed her by the throat and pushed her up against the wall, causing pain and impeding her breathing.

Ms. Szczech stated the offender asked her to pay him $1,000 if she wanted him to leave her house. When she refused to pay the offender, Ms. Szczech stated he became upset and that's when he grabbed her by the throat and pushed her against the wall. Ms. Szczech stated the offender stopped choking her only when he was seen by Ms. Szczech's daughter-in-law choking her and hearing the daughter-in-law yell, "stop!" Ms. Szczech stated she could not speak or breathe while the offender was choking her. The deputy observed redness to Ms. Szczech's neck and right ear.

The offender claimed Ms. Szczech was lying and became upset when he told her he was going to move out of her house. He claims Ms. Szczech grabbed a stapler and threw it at him. He also stated he grabbed her to stop her from fighting with him. He denies choking Ms. Szczech.

The offender was charged in the 263rd District Court in Harris County, Texas, with assault of family member-impeding breathing, in Cause No. 1793570. Bail was set at $20,000 and he posted bond on November 4, 2022. His next court date is set for January 17, 2023.

    **2**      **Failure to Notify U.S. Probation Officer within 72 Hours of Arrest or Questioning by a Law Enforcement Officer**

The offender was arrested on November 2, 2022, in Harris County, Texas, for the offense of Assault Family Member-Impeding Breathing. On November 4, 2022, the offender was released from the Harris County Jail on a $20,000 bond. As of November 17, 2022, the offender has yet to contact this officer.

RE: Manuel Cano Jr  3
Dkt. No. 4:05CR00478-001

### 3      Drug Possession, Usage, Distribution, or Administration

On or about August 3, 2022, Manuel Cano possessed and used controlled substances not prescribed by a physician, as evidenced by a urine specimen submitted by him to USPO Arnold Canales, Jr., on that date, such specimen tested positive for cocaine and marijuana through laboratory analysis. On August 3, 2022, Mr. Cano admitted to smoking CBD and signed his admission form admitting to the use of CBD. On August 10, 2022, the urinalysis results were received, which also showed Mr. Cano tested positive for cocaine. On September 8, 2022, Mr. Cano reported to the office and signed his admission form admitting to the use of cocaine. The possession alleged above is a violation of 21 U.S.C. § 844.

### U.S. Probation Officer Recommendation:

☒     The term of supervision should be

        ☒     revoked.

        ☐     extended for ___ years, for a total of ___ years.

☐     To modify the conditions of supervision as follows:

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Respectfully submitted,

By:

_Susan Calder_
Susan Calder, Supervising
United States Probation Officer

_Arnold Canales, Jr._
Arnold Canales, Jr.
United States Probation Officer
November 17, 2022

Name of Offender: Manuel Cano, Jr.
Case Number: 4:05CR00478-001
Page Number: 4

THE COURT ORDERS:

[ ]  No Action

[✓]  The Issuance of a Warrant, and no bond.

[ ]  The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ]  The Issuance of a Summons.

[ ]  Other:

_____
Sim Lake
Senior U.S. District Judge

_____December 12, 2022_____
Date

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 4:08-cr-478 (1) |
| | ) |
| MANUEL CANO, JR. | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MANUEL CANO, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised Release

Date: 12/12/2022

*Issuing officer's signature*

City and state: Houston, Texas          Sheila R. Anderson, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*